**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MEREDITH A. FRELS, individually and on behalf of classes of similarly situated individuals, | Case File No. 10–cv–02520–PAM/FLN |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT** |
| QWEST CORPORATION, a Colorado corporation, ENHANCED SERVICES BILLING, INC., a Delaware corporation d/b/a ENABILL, and PAYMENTONE CORPORATION, a Delaware corporation, | |
| Defendants. | |

---

On reading and filing of the Stipulation of the parties [Docket no. 67]:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice and on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated July 26, 2011

s/Paul A. Magnuson
Paul A. Magnuson
U.S. District Court Judge